

# Fourth Court of Appeals
## San Antonio, Texas

September 21, 2018

No. 04-18-00543-CV

Nori Elsa Alvarez-**BAKER,**
Appellant

v.

**ORANGEPANDA, LLC**,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-08249
Honorable David A. Canales, Judge Presiding

# O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
                Luz Elena D. Chapa, Justice
                Irene Rios, Justice

A notice of bankruptcy has been filed, stating appellant is in bankruptcy. The notice also states the court in which the bankruptcy proceeding is pending, the bankruptcy proceeding's style and case number, and the date when the bankruptcy petition was filed.

The court takes no action on the filing. We **order** the appeal abated and removed from the court's active docket. *See* TEX. R. APP. P. 8.2; 4th Tex. App. (San Antonio) Loc. R. 4. All motions and other documents pending or filed are abated subject to being re-urged in the event the case is reinstated. The appeal will be reinstated only upon proper motion and proof. *See* TEX. R. APP. P. 8.3(a).

We further **order** the clerk of this court to send copies of this order to the trial court clerk, the court reporter, and the attorneys of record.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of September, 2018.



KEITH E. HOTTLE,
Clerk of Court